IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:12CR205 MAC/CAN |
| | § | |
| AROLDO GARCIA, JR. | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 2, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Jay Combs.

On July 1, 2013, Defendant was sentenced by the Honorable Marcia Crone, United States District Judge, to a sentence of seventy-seven (77) months imprisonment followed by a three (3) year term of supervised release for violations of 18 U.S.C. §§ 922(g) and 924(a)(2), Felon in Possession of a Firearm.

On May 29, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 44). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall refrain from the unlawful use of a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; and (3) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of U.S.

Probation office, until such time as the Defendant is released from the program by the probation officer. The Petition asserts that Defendant violated these conditions because: (1) on March 16, 2018, Defendant submitted a urine specimen which tested positive for amphetamines, subsequently admitting to his supervising officer that he used methamphetamine on or about March 13, 2018, and signing an admission form stating such; (2) on March 27, 2018, Defendant submitted a urine specimen which tested, and was confirmed to be, positive for amphetamines, subsequently admitting to using methamphetamine on or about March 24, 2018, and signing an admission form stating such; (3) on April 10, 2018, Defendant submitted a urine specimen which tested, and was confirmed to be, positive for amphetamines, subsequently admitting to using methamphetamine on or about April 8, 2018, and signing an admission form stating such; (4) on April 18, 2018, Defendant submitted a urine sample which tested, and was confirmed to be, positive for amphetamines; (5) on April 18 and 30, 2018 and May 1, 2, and 7, 2018, Defendant failed to attend substance abuse treatment sessions at Phoenix Associates Counseling Services; and (6) on March 26 and April 24, 2018, Defendant failed to submit random urine samples as directed.

At the hearing, Defendant entered a plea of true to violations of allegation (1), that Defendant shall refrain from the unlawful use of a controlled substance and allegation (2), that Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the July 2, 2019 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, with no supervised release to follow, to run consecutively to any other sentence being served.

The Court further recommends that Defendant shall serve his sentence at Federal Medical Center, Carswell, if appropriate, and that drug treatment and mental health treatment be provided while Defendant is incarcerated.

**SIGNED this 18th day of July, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE