| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| *versus* | § CASE NO. 4:12-CR-205-MAC-CAN-1 |
| | § |
| AROLDO GARCIA, JR. | § |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, with no supervised release to follow, to run consecutively to any other sentence being served.

The Court further recommends that Defendant's term of imprisonment be carried out in Federal Medical Center, Carswell, if appropriate, and that drug treatment and mental health treatment be provided while Defendant is incarcerated.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 9th day of August, 2019.

                              _____
                                          MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE